No. 879. THOMAS W. SYNNOTT, ETC., APPELLANT, *v.* THE TOMBSTONE CONSOLIDATED MINES COMPANY, LIMITED, ETC. Appeal from the United States Circuit Court of Appeals for the Ninth Circuit. Motion to dismiss or affirm submitted April 6, 1914. Decided April 13, 1914. *Per Curiam.* Dismissed for want of jurisdiction upon authority of: 1. *Coder* v. *Arts*, 213 U. S. 223, 234–235; *Tefft, Weller & Co.* v. *Munsuri*, 222 U. S. 114, 118; 2. *Chapman* v. *Bowen*, 207 U. S. 89, 91; *Calnan Co.* v. *Doherty*, 224 U. S. 145, 147; 3. *Conboy* v. *First National Bank of Jersey City*, 203 U. S. 141, 144–145. *Mr. Amos L. Taylor* for the appellant. *Mr. Aldis B. Browne, Mr. Alexander Britton, Mr. Evans Browne, Mr. Everett E. Ellinwood* and *Mr. John Mason Ross* for the appellee.